■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE W. STOKES, Appellant. [816 NYS2d 398]—Motion for

writ of error coram nobis denied. Present—Pigott, Jr., P.J., Scudder, Gorski and Martoche, JJ.

■ MARCIA M. HALPIN, Individually and as Parent and Natural Guardian of SAMANTHA HALPIN and Another, Infants, Appellant, v TOWN OF LANCASTER, Respondent. [816 NYS2d 397]—Motion for leave to appeal to the Court of Appeals granted. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Pine and Hayes, JJ.